No. 2690. A. ERLE SUMERSILLE & Co., APPELLEES, *v.* SANTIAGO ET AL., APPELLANTS. — Second District Court of San Juan. Unlawful detainer. Decided March 21, 1922. Motion by the appellees for dismissal. It appears that the statement of the case was approved in time by the trial judge, but the appellant not having filed the transcript in the Supreme Court in time, the motion is sustained. *Dismissed.*

No. 1892. PEOPLE, APPELLEE, *v.* SOTO, APPELLANT.—District Court of Guayama. Decided March 27, 1922. There was no bill of exceptions or transcript of the evidence and it was held that the complaint did not show that the crime was aggravated assault and battery, but simple assault and battery, as it was not alleged that the defendant was an adult male. *Modified and affirmed.*

No. 2559. PÉREZ, APPELLEE, *v.* DÍAZ, APPELLANT. — District Court of Humacao. Action of debt. Decided March 28, 1922. Motion by appellee for dismissal. It appeared that the appellant had not filed his brief in this court in time, notwithstanding the fact that the time therefor was repeatedly extended. *Dismissed.*

No. 2656. RIVERA, APPELLEE, *v.* PALATINE INSURANCE CO., LTD., APPELLANT.—District Court of Mayagüez. Action of debt. Decided March 30, 1922. Motion by appellant withdrawing the appeal. *Appeal withdrawn.*

No. 2655. JOSÉ CASABLANCA, LTD., APPELLEE, *v.* PALATINE INSURANCE Co., LTD., APPELLANT.—District Court of Mayagüez. Action of debt. Decided March 30, 1922. Motion by appellant withdrawing the appeal. *Appeal withdrawn.*